UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| AMEENA S., | Civil No. 3:18-CV-05765-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties, acting through their respective counsel, hereby agree and stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the administrative law judge (ALJ) will reevaluate the medical evidence, including medical source opinions from Drs. Jeff Hart and Cheryl Hart; reevaluate Plaintiff's mental impairments; and, revaluate, as necessary, Plaintiff's symptom testimony and residual functional capacity, and continue with the sequential evaluation process, obtaining vocational expert testimony as warranted.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal

Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 25th day of April, 2019.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov